AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Matthew Scott Brauer** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. **0:24-cv-61612-RS** |
| | )<br>)<br>) |
| **APC Yachts, LLC. dba Luke Brown Yachts** | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   APC Yachts, LLC. dba Luke Brown Yachts
c/o Registered Agent: TOMASELLI & CO
1500 Cordova Road
Suite 300
Fort Lauderdale, Florida 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Layla T. Nguyen
**SRIPLAW, P.A.**
21301 Powerline Rd, Suite 100
Boca Raton, FL 33433
561.404.4350
layla.nguyen@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/30/2024

Angela E. Noble
Clerk of Court

SUMMONS
k

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts